UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

JOHN K. WAHRMANN,

                Plaintiff,

-vs-                                                                6:13-CV-432

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.

**Thomas J. McAvoy,**
**United States District Judge**

### DECISION and ORDER

      This matter was referred to the Hon. Andrew M. Baxter, United States Magistrate Judge, for a Report and Recommendation pursuant to 28 U.S.C. § 636(b) and Rule 72.3(d) of the Local Rules of the Northern District of New York.  No objections to the April 29, 2013 Report-Recommendation have been raised.  After examining the record, this Court has determined that the Report-Recommendation is not subject to attack for plain error or manifest injustice.  Accordingly, this Court adopts the Report-Recommendation and Order for the reasons stated therein.

      Accordingly, Plaintiff's complaint is DISMISSED in its entirety, with prejudice, pursuant to 28 U.S.C. § 1915(e)(2)(B)(i)-(iii) for failure to state a claim due to lack of subject matter jurisdiction.

**IT IS SO ORDERED.**

Dated: June 3, 2013

                                              Thomas J. McAvoy
                                              Senior, U.S. District Judge